UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEANNE PHIPPS,<br><br>        Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No.  CV-06-3006-MWL<br><br>ORDER GRANTING JOINT<br>MOTION FOR REMAND |

The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 20). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 6). After considering the stipulation,

**IT IS ORDERED** that the above-captioned case be remanded for further administrative proceedings. Upon remand, the ALJ shall: 1) hold a supplemental hearing; 2) re-evaluate the medical source evidence, re-contacting medical sources as necessary; 3) address the limitations assessed and provide legally sufficient reasons if he rejects them; 4) document his step two decision regarding Plaintiff's depressive and anxiety disorders, possible somatoform disorder, and obesity; 5) reconsider lay witness testimony,

ORDER RE: STIPULATED REMAND - 1

6) reassess the Plaintiff's Residual Functional Capacity ("RFC") and provide appropriate limitations for all severe impairments; and 7) consider new medical evidence, if available, on remand. The ALJ shall take any further action necessary to render a new decision in this matter.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1. The parties' Joint Motion to Remand (**Ct. Rec. 20**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

DATED this   16th   day of August, 2006.

                                S/ Michael W. Leavitt
                              MICHAEL W. LEAVITT
                        UNITED STATES MAGISTRATE JUDGE

ORDER RE: STIPULATED REMAND - 2